<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-7782**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GLENN LENDALE JARRETT,

Defendant - Appellant.

————————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CR-89-355, CA-93-653-AM)

————————————

Submitted: June 17, 1999          Decided: June 24, 1999

————————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Glenn Lendale Jarrett, Appellant Pro Se. Charles Philip Rosenberg,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Glenn Lendale Jarrett seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Jarrett, Nos. CR-89-355; CA-93-653-AM (E.D. Va. Nov. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED